■ In the Matter of BURLEIGH INSTRUMENTS, INC. — Motion to vacate ex parte order denied (see *Matter of Willmark Serv. System,* 21 AD2d 478).

■ PAUL COGLITORE et al., Respondents, v CITY OF SYRACUSE et al., Appellants. — See *Matter of Cammarota v Bella Vista Dev. Corp.* (88 AD2d 703); *Goldman v Green* (81 AD2d 1040); and *Harding v New York State Teamsters Council Welfare Trust Fund* (60 AD2d 975).